LEWIS BRISBOIS BISGAARD & SMITH LLP
KENNETH C. FELDMAN, SB# 130699
E-Mail: feldman@lbbslaw.com
JON E. HOKANSON, SB# 118829
E-Mail: hokanson@lbbslaw.com
BARRY ZOLLER, SB# 162074
E-Mail: zoller@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants, CISLO & THOMAS, LLP, DANIEL M. CISLO, ESQ. AND MARK D. NIELSEN, ESQ.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CISLO & THOMAS, LLP; DANIEL M. CISLO; MARK D. NIELSEN; and DOES 1 to 50,<br><br>Defendants. | CASE NO. CV12-1104 GAF (JCx)<br><br>**JOINT STATUS REPORT RE SETTLEMENT AND DISMISSAL** |

All parties to this action have entered into an agreement for the settlement and dismissal of the entire action with prejudice, with the Court to retain jurisdiction to enforce the terms of the settlement agreement. Notice of Settlement was filed with the Court on July 13, 2012.

The Court has ordered the parties to file a stipulation and proposed order dismissing this action on or before August 13, 2012 or, in the alternative, a joint status report. The parties require some additional time to conclude the settlement, and therefore respectfully request that the Court extend to September 13, 2012 the deadline to file a stipulation and proposed order dismissing this action and retaining

jurisdiction to enforce the terms of the settlement.

DATED: August 7, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ______________________

Barry Zoller
Attorneys for Defendants, CISLO & THOMAS, LLP, DANIEL M. CISLO, ESQ. AND MARK D. NIELSEN, ESQ.

DATED: August 6, 2012

VAN ETTEN SUZUMOTO & SIPPRELLE LLP

By: ______________________

Keith A. Sipprelle
Joshua D. Mendelsohn
Attorneys for Plaintiff and Counter-Defendant HOMELAND HOUSEWARES, LLC, and Counter-Defendants LENNY SANDS, COLIN SAPIRE, MICK HASTIE, INFOMERCIAL CONSULTING CORPORATION, TV TRAFFIC, INC., CAPITAL BRANDS, LLC, BRENTWOOD CORPORATE SERVICES, INC., and HASTIE2MARKET, LLC



LEWIS BRISBOIS

DATED: August 6, 2012

PARKER SHUMAKER MILLS, LLP

By: ______________________

David B. Parker
Attorneys for Plaintiff and Counter-Defendant HOMELAND HOUSEWARES, LLC, and Counter-Defendants LENNY SANDS, COLIN SAPIRE, MICK HASTIE, INFOMERCIAL CONSULTING CORPORATION, TV TRAFFIC, INC., CAPITAL BRANDS, LLC, BRENTWOOD CORPORATE SERVICES, INC., and HASTIE2MARKET, LLC

DATED: August 7, 2012

ROSEN & SABA, LLP

By: ______________________

James R. Rosen
Ryan D. Saba
Attorneys for Counterclaimant, CISLO & THOMAS, LLP



LEWIS BRISBOIS

# FEDERAL COURT PROOF OF SERVICE

Homeland Housewares, LLC v. Cislo & Thomas, LLP, et al.
File No. 31686.17

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 7, 2012, I served the following document(s): **JOINT STATUS REPORT RE SETTLEMENT AND DISMISSAL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on August 7, 2012, at Los Angeles, California.

Jacqueline McGee

**SERVICE LIST**
*Homeland v. Cislo, et al.*
Case No.: CV12-1104-GAF (JCx)
File No.: 31686-17

| | |
|---|---|
| Keith A. Sipprelle, Esq.<br>ksipprelle@vsslawyers.com<br>Joshua D. Mendelsohn, Esq.<br>jmendelsohn@vsslawyers.com<br>VAN ETTEN SUZUMOTO & SIPPRELLE LLP<br>2801 Townsgate Road, Suite 210<br>Westlake Village, CA 91361<br>Telephone 805.719.4900<br>Facsimile: 805.719.4950 | **Attorneys for Plaintiff and Counter-Defendant HOMELAND HOUSEWARES, LLC** |
| David B. Parker<br>PARKER SHUMAKER MILLS, LLP<br>801 South Figueroa Street, Suite 1200<br>Los Angeles, CA 90017<br>Telephone: (213) 622-44441<br>Facsimile: (213) 622-1444<br>parker@psmlawyers.com | **Attorneys for Plaintiff and Counter-Defendant HOMELAND HOUSEWARES, LLC** |
| James R. Rosen, Esq.<br>jrosen@rosensaba.com<br>Ryan D. Saba, Esq.<br>rsaba@rosensaba.com<br>MEMBERS OF ROSEN & SABA, LLP<br>468 North Camden Drive, Third Floor<br>Beverly Hills, CA 90210<br>Telephone: (310) 285-1727<br>Facsimile: (310) 285-1728 | **Attorneys for Counterclaimant, CISLO & THOMAS, LLP** |

**Courtesy Copy**
Daniel M. Cislo, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, CA 90401