UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CISLO & THOMAS, LLP; DANIEL M. CISLO; MARK D. NIELSEN; and DOES 1 to 50,<br><br>Defendants. | CASE NO. CV12-1104 GAF (JCx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES UNDER FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(2)** |
| CISLO & THOMAS, LLP,<br><br>Counterclaimant,<br><br>vs.<br><br>HOMELAND HOUSEWARES, LLC ,a California limited liability company; LENNY SANDS, an individual; COLIN SAPIRE, an individual; MICK HASTIE, an individual; INFOMERCIAL CONSULTING CORPORATION, a California corporation; TV TRAFFIC, INC., a California corporation (converted out); CAPITAL BRANDS, LLC, a California limited liability company; | |

LEWIS
BRISBOIS

4823-0407-6304.1

ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

BRENTWOOD CORPORATE SERVICES, INC., a dissolved California corporation; HASTIE2MARKET, LLC, a California limited liability company; and ROES 1-9, inclusive,

          Counter-Defendants.

Pursuant to the stipulation of the parties in this action under Federal Rules of Civil Procedure, Rule 41(a)(2), it is hereby ordered and adjudged as follows:

1. This entire action is hereby dismissed with prejudice.

2. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement for this action.

DATED: September 5, 2012     By: _____
                                      Hon. Gary A. Feess
                                      Judge of the U.S. District Court